# EXHIBIT  C

# VOXMEDIA

Elissa Cohen
Vice President and Associate General Counsel
elissa.cohen@voxmedia.com

April 12, 2024

Alan S. Lewis
Carter Ledyard Milburn
28 Liberty Street, 41st Floor
By email:  lewis@clm.com

**Re:** **Correspondence to *New York* Magazine Regarding Liang Wang**

Dear Mr. Lewis:

This correspondence responds to your latest letters dated April 11, 2024 addressed to both myself and Laura Thompson.

Firstly, thank you for providing a statement to Ms. Thompson – it has been considered by the editorial team in the context of its reporting.

But once again, I am left to point out that your allegations related to the potential falsity of any article rest on unfounded assumptions about the entirety of sources considered based solely on questions asked as part of the reporting process.   As you have now agreed, you do not and cannot know the entirety of sourcing for this article.   And I certainly didn't misunderstand your letter but appreciate that you wanted to explain how arbitration works (again).

What I must also address, and flatly reject is your notion that there are "problems" with *New York*'s journalistic and fact-checking process.  It is you, on behalf of your client, who now attempts to create a self-serving narrative (and yes, evidenced in your letters) by astoundingly asserting that one of the core issues with *New York*'s reporting process is not that there was not enough time to respond but that there was *too much* time.   Your view that the questions may be "stale" is curious, as neither you nor your client engaged in any sort of process that would give rise to that conclusion with respect to what would be an ultimately reported account.  Mr. Sussman was indeed hoping for a productive dialogue with your client and said so numerous times.  But the refusal to engage over a period of more than 6 months – when Mr. Sussman repeatedly presented your client with detailed questions and information to respond to (not only about the arbitration) is not evidence of failure of any process on the magazine's part.  The reporters were under no obligation to refine questions because you asked.  And to be clear, **you** were also directly contacted by Mr. Sussman over a month ago with a given response deadline of March 8.  And yet, well past then, the reporting continued and when you finally did engage on behalf of your client, it is worth

NewYork  Intelligencer  ᵗʰᵉCUT  Vulture  Strategist  GRUB STREET  GREEN STREET  TheVerge  Vox  recode  SBNATION  Polygon  EATER  PUNCH  thrillist  the dodo  POPSUGAR.

noting that *New York*'s reporters still provided additional time for you to do so because they were truly interested in hearing Mr. Wang's perspective.

At no time was the article in its entirety (in draft form or otherwise) presented to you, so your declarations about what must be considered in any account is not only unjustified but unwarranted.  While you may believe that certain additional information should have been considered in the context of reporting about a certain matter, it is journalists who ultimately get to determine and weigh the relevance, importance and credibility of information they come upon and consider in their reporting.

Sincerely yours,

Elissa Cohen
Vice President & Associate General Counsel