# EXHIBIT E

**From:** Elissa Cohen <elissa.cohen@voxmedia.com>
**Sent:** Friday, April 12, 2024 7:51 PM
**To:** Lewis, Alan S. <Lewis@clm.com>
**Subject:** Re: Correspondence to New York Magazine regarding story published today about Liang Wang

Dear Mr. Lewis,I have presented your letter and proposed updated statement to *New York*'s editorial team.  However, they have determined that there is not sufficient basis to clarify or revise what has been published.

It remains undisputed that your client was present at Mr. Muckey's condo in 2010 when and where Ms. Kizer alleged she was drugged and sexually assaulted.  Ms. Kizer actually reported to police (at the time) that it was Mr. Wang who handed her the drink.  Those facts and fairly reported accusations cannot be undone and the two men are forever linked in the retelling of what is alleged to have happened that night, including the record of friends and colleagues the police spoke to at the time.  The article is very clear that your client denied wrongdoing then and continues to do so.  It also remains true that your client was subsequently fired for sexual misconduct alongside Mr. Muckey (and then reinstated together), which may have been for different matters, but the reporting of those events in the article remains fair and accurate. As you know, you and your client had many months to provide a statement prior to publication, which was indeed incorporated into the article, and your proposed revised statement does not address any purported factual errors, which would be the significant factor in determining whether or not to update or revise an article post-publication.  For these reasons and the ones stated above, New York will not be updating or revising the article.

Sincerely,

Elissa