AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Liang Wang | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:24-cv-03987-AS |
| Sammy Sussman, et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Liang Wang.

Date: 05/29/2024

/s/ Karen E. Meara
*Attorney's signature*

Karen E. Meara
*Printed name and bar number*

Carter Ledyard & Milburn LLP
28 Liberty Street
41st Floor
New York, NY 10005
*Address*

meara@clm.com
*E-mail address*

(212) 238-8757
*Telephone number*

(212) 732-3232
*FAX number*

Print    Save As...    Reset