# CARTER LEDYARD MILBURN

**Alan S. Lewis**
Partner
lewis@clm.com

28 Liberty Street, 41st Floor
New York, NY 10005
D / 212-238-8647

September 16, 2024

**VIA ECF AND EMAIL**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15
New York, NY 10007-1312

Re:   *Wang v. Sussman, et al.*, No. 1:24-cv-03987 (AS), [rel. 1:24-cv-03356 (AS)]

Dear Judge Subramanian:

We represent the Plaintiff, Liang Wang.  We write to respectfully request the Court's permission to (i) file under seal Wang's memorandum of law in opposition to Defendants' motion to dismiss (the "opposition memo") and (ii) to file an unsealed version of the opposition memo that is redacted to the extent it describes or quotes confidential information.  See ECF #31 (so-ordering letter motion of Defendants to file documents under seal and authorizing redactions to confidential information in publicly filed documents).

Defendants consent to this request while reserving the right to object to specific redactions. The parties are next scheduled to appear for an initial pretrial conference on November 6, 2024.

Sincerely,

 /s/ Alan S. Lewis

Alan S. Lewis

ASL:bp

cc:   **VIA ECF**

All Counsel of Record