UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
LIANG WANG,

                Plaintiff,

      vs.

SAMMY SUSSMAN, VOX MEDIA, LLC AND
NEW YORK MEDIA, LLC,

                Defendants.

------------------------------------------------------------------ X

Case No.
1:24-cv-03987-AS

[rel. 1:24-cv-03356;
 1:24-cv-03348]

# DECLARATION OF ALAN S. LEWIS IN OPPOSITION TO THE MOTION TO DISMISS OF SAMMY SUSSMAN, VOX MEDIA, LLC, AND NEW YORK MEDIA LLC

Alan S. Lewis, an attorney admitted to practice before this Court, hereby declares as follows under penalties of perjury:

1. I am a partner with the firm of Carter Ledyard & Milburn LLP, counsel for Plaintiff Lian Wang ("Plaintiff" or "Mr. Wang") in this matter.

2. I make the following Declaration in opposition to the Motion to Dismiss of Defendants Sammy Sussman, Vox Media, LLC, and New York Media LLC ("the Defendants").

3. Attached hereto as Exhibit "A" is a copy of an online article published on The Violin Channel website, at the web address https://theviolinchannel.com as retrieved September 16, 2024 via screenshot.

4. Attached hereto as Exhibit "B" is a non-argumentative chart identifying the paragraphs of the Complaint that Plaintiff believes plausibly allege the specific elements

11340042.1

to each of the Claims (counts) pleaded against the Defendants pursuant to Section 8(G)(i) of this Court's Individual Practices in Civil Cases.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, on this 16th day of September 2024.

/s/ Alan S. Lewis
Alan S. Lewis

11340042.1