

21st Floor
1251 Avenue of the Americas
New York, NY 10020

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

Katebolger@dwt.com

October 7, 2024

<u>VIA ECF</u>
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 15
New York, NY 10007-1312

Re:   *Wang v. Sussman et al.*, No. 1:24-cv-03987-AS

Dear Judge Subramanian:

This firm represents Defendants Sammy Sussman ("Sussman"), Vox Media, LLC, and New York Media LLC (collectively, "Defendants") in the above-referenced action. Pursuant to Local Rule 7.1(d) and Paragraph 3(E) of this Court's Individual Practices in Civil Cases, we write to respectfully request that the Court grant a one-day extension of Defendants' reply in support of their motion to dismiss.

Defendants' reply is currently due on Monday, October 14, 2024, which is Indigenous Peoples' Day, a federal holiday. Defendants' understanding is that, under Federal Rule of Civil Procedure 6(a)(1)(C), the October 14 deadline would be extended to Tuesday, October 15, 2024, but Defendants write to the Court in order to confirm their understanding and request a new deadline of October 15, 2024. Defendants previously requested an extension of their initial motion to dismiss (as well as an additional one-day extension in light of the global technology outage on July 19, 2024), and Defendants consented to two extensions for Plaintiff's opposition to the motion, all of which were granted. *See* ECF Nos. 18, 21, 34, 41.

Counsel for Plaintiff have indicated they have no objection to this motion. The initial conference in this matter is scheduled for November 6, 2024. Thank you for your consideration.

Respectfully submitted,
*/s/ Katherine M. Bolger*
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel.: (212) 402-4068
katebolger@dwt.com
*Attorneys for Defendants Sammy Sussman, Vox Media, LLC, and New York Media LLC*

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.