

21st Floor
1251 Avenue of the Americas
New York, NY 10020

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

Katebolger@dwt.com

October 15, 2024

The motion to seal is GRANTED.

The Clerk of Court is requested to terminate the motion at Dkt. 51.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: October 16, 2024

**VIA ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 15
New York, NY 10007-1312

Re: *Wang v. Sussman et al.*, No. 1:24-cv-03987-AS

Dear Judge Subramanian:

      We represent Defendants Sammy Sussman, Vox Media, LLC, and New York Media LLC (collectively, "Defendants"), in the above-referenced action. Pursuant to Paragraph 11(B) and (C)(ii)–(iii) of this Court's Individual Practices in Civil Cases, Defendants respectfully request the Court's permission to (1) file under seal an unredacted copy of Defendants' reply memorandum of law in further support of their motion to dismiss ("Reply"); and (2) file an unsealed copy of Defendants' Reply that is redacted to the extent it describes or quotes confidential information previously sealed by this Court's order. *See* ECF No. 31 (granting Defendants' letter-motion to seal their memorandum in support of their motion to dismiss and certain exhibits accompanying it, and to file a redacted, public version of their memorandum).

      Defendants' Reply references material from the previously sealed documents. Defendants therefore respectfully request that they be permitted to file both a sealed, unredacted copy of their Reply as well as a public, redacted version.

      Plaintiff does not object to this request. The parties are next scheduled to appear before the Court for an initial pretrial conference on November 6, 2024. Thank you for your consideration.

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ Katherine M. Bolger*

Katherine M. Bolger

cc: Counsel of Record (via ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.