UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG WANG,<br><br>      Plaintiff,<br><br>  -against-<br><br>SAMMY SUSSMAN et al.,<br><br>      Defendants. | 24-cv-3987 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court anticipates hearing oral argument on defendants' motion to dismiss (Dkt. 23) at the initial pre-trial conference, scheduled for November 6, 2024 at 2:00 pm in Courtroom 15A, 500 Pearl Street, New York, NY 10007.

  SO ORDERED.

Dated: October 29, 2024
   New York, New York

                         ARUN SUBRAMANIAN
                         United States District Judge