# CARTER LEDYARD MILBURN

**Alan S. Lewis**
Partner
lewis@clm.com

28 Liberty Street, 41st Floor
New York, NY 10005
D / 212-238-8647

October 31, 2024

**VIA ECF AND EMAIL**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15
New York, NY 10007-1312

Re:    _Wang v. Sussman, et al._, No. 1:24-cv-03987 (AS), [rel. 1:24-cv-03356 (AS)]

Dear Judge Subramanian:

We represent the Plaintiff, Liang Wang. We write to respectfully request an adjournment of the hearing scheduled for November 6 – initially scheduled as a preliminary conference and subsequently set by the Court as the date for oral argument on Defendants' motion to dismiss.

I am unavailable on November 6 for personal reasons. Having consulted with Defendants' counsel, both sides are available on November 19 and 20, which dates we respectfully suggest, subject of course to the Court's availability.

Sincerely,

_/s/ Alan S. Lewis_

Alan S. Lewis

ASL:bp

cc:    **VIA ECF**
       All Counsel of Record

The hearing is rescheduled to November 20 at 2:00 pm in Courtroom 15A, 500 Pearl St., New York, NY 10007.

The Clerk of Court is directed to terminate the motion at Dkt. 58.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: November 1, 2024