IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LIANG WANG**,<br><br>     **Plaintiff**,<br><br>v.<br><br>**SAMMY SUSSMAN; VOX MEDIA, LLC; NEW YORK MEDIA, LLC,**<br><br>     **Defendants.** | Civil Action No. 1:24-cv-03987-AS |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendants Sammy Sussman, Vox Media, LLC, and New York Media, LLC, will move this Court, before the Honorable Arun Subramanian, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and time as the Court sets for an order for reasonable attorneys' fees pursuant to the fee-shifting provision in the New York anti-SLAPP law (N.Y. Civ. Rights Law § 70-a(1)(a)), and Federal Rules of Civil Procedure Rule 54(d)(2), and for such other and further relied as the Court shall deem just and proper. In support of this motion, Defendants rely upon the accompanying (1) Memorandum of Law in Support of Defendant's Motion for Attorneys' Fees and Costs, and (2) Declaration of Katherine M. Bolger and the exhibits annexed thereto.

Pursuant to Local Civil Rule 6.1(b), Plaintiff's opposition must be filed within fourteen days, and any reply must be served within seven days of receipt of opposition papers.

1

Dated: New York, New York
January 27, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Katherine M. Bolger
Katherine M. Bolger (N.Y. Bar No. 2976868)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax

*Counsel for Defendants*

TO: Karen Eileen Meara
Carter Ledyard & Milburn LLP
28 Liberty Street - 41st Floor
New York, New York 10005
212-238-8757
Fax: 212-732-3232
Email: meara@clm.com

Alan S. Lewis
Carter Ledyard & Milburn LLP
28 Liberty Street
41st Floor
New York, NY 10005
917-533-2524
Fax: 212-732-3232
Email: lewis@clm.com

*Counsel for the Plaintiff*