

21st Floor
1251 Avenue of the Americas
New York, NY 10020

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

katebolger@dwt.com

January 29, 2025

*The request is GRANTED.*

*The Clerk of Court is directed to terminate the motion at Dkt. 75.*

**VIA ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 15
New York, NY 10007-1312

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Dated: January 30, 2025*

   Re:   *Wang v. Sussman et al.*, No. 1:24-cv-03987-AS

Dear Judge Subramanian:

   We represent Defendants Sammy Sussman, Vox Media, LLC, and New York Media LLC (collectively, "Defendants"), in the above-referenced action.  In response to the Court's January 28, 2025 Order granting Defendants' prior letter-motion to seal, *see* ECF No. 74, Defendants write to clarify their previous *ex parte* submission and to submit a new, updated *ex parte* filing that complies with the Court's Individual Rule 11(C)(iii).

   In Defendants' recent *ex parte* filing containing billing statements, *see* ECF No. 73-5, we redacted descriptions of fees that we did not claim in our motion, *see* ECF No. 71.  Our updated *ex parte* filing accompanying this letter includes (1) those same redactions, in black, for items for which we do not seek fees; and (2) additional highlighting, in yellow, indicating privileged or confidential information relating to the items for which we *do* seek fees, *see* Individual Rule 11(C)(iii).  In the public version, all of this information is marked as redacted in black with privilege and confidentiality designations.  *See* ECF No. 72-5.

   For the same reasons outlined in our prior letter-motion to seal, *see* ECF No. 68, Defendants respectfully request that the Court permit us to make this additional *ex parte* filing.  The parties are not scheduled to appear before the court.

                           Respectfully submitted,

                           Davis Wright Tremaine LLP

                           */s/ Katherine M. Bolger*

                           Katherine M. Bolger

cc:   Counsel of Record (via ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.