# CARTER LEDYARD MILBURN

**Alan S. Lewis**
Partner
lewis@clm.com

28 Liberty Street, 41st Floor
New York, NY 10005
D / 212-238-8647

> The request is GRANTED. The conference will take place on February 24 at 11 AM.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 87.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Dated: February 13, 2025

February 12, 2025

**VIA ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15
New York, NY 10007-1312

Re:   *Wang v. Sussman, et al.*, No. 1:24-cv-03987 (AS) (RWL), [rel. 1:24-cv-03356 (AS) (RWL)], [rel. 1:24-cv-03348 (AS) (RWL)]

Dear Judge Subramanian:

    With Defendants' consent, we write to request that, if possible, the Court advance the settlement conference, currently scheduled for February 25, to February 24.  This is the first such application.  If that date is not convenient, we respectfully suggest a telephone conference for the purpose of identifying an alternate date on which all are available.  I make this request because I am scheduled to appear in Supreme Court, Queens County on the morning of February 25.

    Further to the Court's Order, see ECF No. 84, the parties mutually agree that in connection with the settlement conference, the Court may have ex parte communications with each side.

Sincerely,

 /s/ Alan S. Lewis

Alan S. Lewis

ASL:bp

cc:   **VIA ECF**
      All Counsel of Record