AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Wang | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03987-AS |
| Sussman, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sammy Sussman; Vox Media, LLC; New York Media, LLC.

Date: 10/08/2025

*Attorney's signature*

Mary E. Goetz, 6214258
*Printed name and bar number*
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
*Address*

marygoetz@dwt.com
*E-mail address*

(212) 489-8230
*Telephone number*

(212) 489-8240
*FAX number*