UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
LIANG WANG,

                  Plaintiff,

     vs.

SAMMY SUSSMAN, VOX MEDIA, LLC AND
NEW YORK MEDIA, LLC,

                  Defendants.

---------------------------------------------------------------- X

Case No.
1:24-cv-03987-AS

[rel. 1:24-cv-03356;
1:24-cv-03348]

**NOTICE OF APPEAL**

Notice is hereby given that Liang Wang, Plaintiff in this action, hereby appeals to the United States Court of Appeals for the Second Circuit from (i) the Opinion and Order, dated and entered in this action on January 13, 2025 (ECF #67), granting Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and (ii) the Opinion and Order, dated and entered in this action on September 9, 2025 (ECF #106), denying Plaintiff's motion pursuant to Federal Rules of Civil Procedure 59 and 60 seeking to alter or amend and to correct the District Court's Order and Opinion dated January 13, 2025.

Dated: New York, New York
       October 8, 2025

                              CARTER LEDYARD & MILBURN LLP

                    By:      */s/ Alan S. Lewis*
                              Alan S. Lewis
                              28 Liberty Street, 41st Fl.
                              New York, New York 10005
                              Telephone:   (212) 732-3200
                              Email: lewis@clm.com

                              *Attorneys for Plaintiff Liang Wang*